FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 24, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>-vs-<br><br>CARL LEE BODEY,<br><br>                Defendant. | No.   2:18-CR-0060-WFN-1<br><br>PROTECTIVE ORDER |

Pending before the Court is the parties' Stipulated Motion Re: Computer Forensic Review Procedures for Child Pornography Contraband. ECF No. 28. The Court has reviewed the file and Motions and is fully informed. Accordingly,

**IT IS ORDERED** that:

1. The Government's Motion to Expedite, filed May 23, 2018, **ECF No. 29** is **GRANTED**. The underlying Motion was considered on an expedited basis.

2. The parties' Stipulated Motion re: Computer Forensic Review Procedures for Child Pornography Contraband, filed May 23, 2018, **ECF No. 28**, is **GRANTED**. The Court enters this Stipulation and further Orders:

    (a)    The defense team shall not make, nor permit to be made, any copies of the child pornography contraband pursuant to this stipulation and order.

    (b)    The defense team agrees that it is forbidden from removing any contraband images from the Government reviewing facility.

    (c)    The defense expert will be allowed to compile a report (without contraband images/videos) documenting the examination on removable media if the case dictates. The defense expert shall be provided with access to a CD/DVD burner and disks to copy their report onto optical media.

PROTECTIVE ORDER - 1

1 | The District Court Executive is directed to file this Order and provide copies to
2 | counsel.

**DATED** this 24th day of May, 2018.

05-23-18

<u>     s/ Wm. Fremming Nielsen     </u><br>
WM. FREMMING NIELSEN<br>
SENIOR UNITED STATES DISTRICT JUDGE